PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# WESTERN DISTRICT OF TENNESSEE

## MEMPHIS DIVISION

FILED BY _____ D.C.

05 MAY 26 PM 5: 06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**U.S.A. vs. TRICE FLEMING**                         Docket No. __2:00CR20242-01__

### Petition on Probation and Supervised Release

**COMES NOW** __NICOLE D. PETERSON__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Trice Fleming who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at _Memphis, TN_ on the 20th day of June, 2001 who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in mental health counseling as deemed necessary by the Probation Office.

2. The defendant shall make restitution in the amount of $194,582.00 (Remaining balance: $194,122.66).

3. Any employment by defendant shall be approved by the Probation Office.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

After reviewing Trice Fleming's monthly income and necessary expenses, it appears that ten percent (10%) of her monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Trice Fleming's restitution payments be set at ten percent (10%) of her monthly gross income.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 26th day of May, 2005 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _____<br>Nicole D. Peterson<br>U.S. Probation Officer<br><br>**Place** Memphis, Tennessee<br><br>**Date** May 16, 2005 |

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-9-05__

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:00-CR-20242 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT